433 A.2d 546

McNally et al., Appellants v. N. M. Lake, Inc.

Argued June 12, 1980. James P. Coho, for appellants; Jeffrey Sidebottom, for N. M. Lake, appellee; Henry S. Kenderdine, for West Lampeter, appellee.

Before WICKERSHAM, WATKINS and LIPEZ, JJ.

Order affirmed on the opinion of the court below.